# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Peaje Investments LLC, <br><br> Plaintiff, <br><br> vs. <br><br> Hon. Alejandro García Padilla et al., <br><br> Defendants. | Civil No. 16-CV-2365 <br><br> Hon. Aida M. Delgado-Colon |

## APPLICATION AND ORDER FOR ADMISSION PRO HAC VICE

COMES NOW, Michael F. Williams, applicant herein, and respectfully states:

1. Applicant is an attorney and a member of the law firm of Kirkland & Ellis LLP, with offices at:

| | |
|---|---|
| Address | 655 Fifteenth Street NW <br> Washington DC 20005 |
| Email | michael.williams@kirkland.com |
| Telephone No. | (202)-879-5123 |
| Fax No. | (202)-879-5200 |

2. Applicant will sign all pleadings with the name Michael F. Williams.

3. Applicant has been retained personally or as a member of the above-named firm by the Commonwealth of Puerto Rico to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the District of Puerto Rico.

4. Since January 3, 2002, applicant has been, and presently is, a member in good standing of the bar of the highest court of the State of New Jersey. In addition, applicant has been since May 10, 2004 a member of the Bar of the District of Columbia.

1

5.  Applicant has been admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| United States Supreme Court | January 12, 2009 |
| United States District Court for the District of New Jersey | September 1, 2004 |
| United States District Court for the District of Columbia | December 3, 2012 |
| United States Court of Appeals for the Second Circuit | May 14, 2010 |
| United States Court of Appeals for the Third Circuit | July 3, 2004 |
| United States Court of Appeals for the Fourth Circuit | July 28, 2004 |
| United States Court of Appeals for the Seventh Circuit | December 30, 2012 |
| United States Court of Appeals for the Ninth Circuit | April 27, 2007 |
| United States Court of Appeals for the D.C. Circuit | April 30, 2002 |

6.  Applicant is a member in good standing of the bars of the courts listed in paragraph 5.

7.  Applicant is not currently suspended from the practice of law before any court or jurisdiction.

8.  Applicant is not currently the subject of any complaint for unethical conduct, disciplinary proceeding or criminal charges before any court or jurisdiction.

9.  During the past three years, applicant has filed for *pro hac vice* admission in the United States District Court for the District of Puerto Rico in *Brigade Leveraged Capital Structures Fund Ltd. et al v. The Government Development Bank for Puerto Rico*, No. 16-cv-1610 (June 16, 2016). On this same date, applicant is filing for pro hac vice admission in this Court in the following cases:

| Case Name: | Case #: |
|---|---|
| National Public Finance Guarantee Corporation v. Alejandro J. García Padilla et al. | 16-cv-2101 |
| Dionisio Trigo Gonzalez et al., v. Alejandro García Padilla et al. | 16-cv-2257 |
| Lex Claims LLC et al., v. Alejandro García Padilla et al. | 16-cv-2374 |
| Assured Guaranty Corp. et al., v. Commonwealth of Puerto Rico et al. | 16-cv-2384 |

2

These cases present similar factual and legal issues and applicant will join the representation of certain government officials sued in their official capacities.

10. Local counsel of record associated with applicant in this matter is:

| | |
|---|---|
| Name | Salvador Antonetti-Zequeria |
| USDC-PR Bar No. | 113910 |
| Address | ANTONETTI, MONTALVO & RAMIREZ-COLL<br>P.O. Box 13128<br>San Juan, PR 00908 |
| Email | santonet@amrclaw.com |
| Telephone No. | (787) 977-0320 |
| Fax No. | (787) 977-0323 |

11. Applicant has read the local rules of this Court and will comply with the same.

12. Applicant has read the Local Rules of the United States District Court for the District of Puerto Rico which provide in part that attorneys appearing *pro hac vice* must comply with the provisions set forth therein and pay an admission fee of $150 per appearance in each new case before the Court. Accordingly, payment of the *pro hac vice* admission fee has been made at the time of this filing through the electronic credit/debit card payment system established by the United States Department of Treasury known as pay.gov, pursuant to this Court's Standing Order #5, *In the Matter of: CM/ECF Electronic Payment of Filing Fees Through PAY.GOV*, Misc. No. 03-149 (JAF) (D.P.R. Feb. 15, 2008).

WHEREFORE, applicant respectfully requests to be admitted to practice in the United States District Court for the District of Puerto Rico for the above-styled case only.

Date:   July 28, 2016

Michael F. Williams
Printed Name of Applicant

*[signature]*

Signature of Applicant

I HEREBY CERTIFY, pursuant to Local Rule 83.1(f), that I consent to the designation as local counsel of record for all purposes.

Date: July 1, 2016

Salvador Antonetti-Zequeria
Printed Name of Local Counsel

Signature of Local Counsel

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

In San Juan, Puerto Rico, this 1st day of ~~July~~ Aug. 2016.

_____
Salvador Antonetti-Zequeria
113910
ANTONETTI, MONTALVO & RAMIREZ-COLL
P.O. Box 13128
San Juan, PR 00908
santonet@amrclaw.com
(787) 977 0320
(787) 977 0323

## **ORDER**

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

- ☐ the application be granted. The Clerk of Court shall deposit the admission fee to the account of Non-Appropriated Funds of this Court.

- ☐ the application be denied. The Clerk of Court shall return the admission fee to the applicant.

SO ORDERED.

In San Juan, Puerto Rico, this ___ day of ___ 2016.

_____
U.S. DISTRICT JUDGE